# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PABLO ROSARIO PABLO a/k/a "Angel Ayala Roque" a/k/a "Cuco" | ) ) ) ) ) ) | Case No. 21-MJ-6770-MPK |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 15, 2021** in the county of **Essex** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Task Force Officer Robert R. Lefebre.

☑ Continued on the attached sheet.

/s/ Robert R. LeFebre
*Complainant's signature*

Robert R. Lefebre, HSI Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 12/15/2021

*Judge's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*