# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II  **Investigating Agency** HSI |
| **City** Methuen | **Related Case Information:** |
| **County** Essex | Superseding Ind./ Inf. _____ Case No. _____ |
| | Same Defendant _____ New Defendant _____ |
| | Magistrate Judge Case Number: 21-6770-MPK |
| | Search Warrant Case Number: See attached |
| | R 20/R 40 from District of _____ |

## Defendant Information:

- **Defendant Name:** Pablo ROSARIO PABLO  **Juvenile:** ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** "Angel Ayala Roque", "Cuco"
- **Address (City & State):** Methuen, Massachusetts
- **Birth date (Yr only):** 1965  **SSN (last4#):** _____  **Sex:** M  **Race:** Hispanic  **Nationality:** Dominican Republic

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

- **AUSA:** Katherine Ferguson  **Bar Number if applicable:** _____
- **Interpreter:** ☑ Yes ☐ No  **List language and/or dialect:** Spanish
- **Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

## Location Status:

**Arrest Date:** 12/15/2021

- ☑ Already in Federal Custody as of 12/15/2021 in Wyatt Detention Center.
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/15/2021  **Signature of AUSA:** *Katherine Ferguson*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Pablo ROSARIO PABLO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. sec. 841(a)(1) | Possession with intent to distribute cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Continued on attached sheet

21-MJ-6770-MPK

Additional information:

20-6503-MPK, 20-6473-MPK, 20-6411-MPK, 20-6412-MPK, 20-6413-MPK, 20-6574-MPK, 20-6575-MPK, 21-6257-MPK, 21-6248-MPK, 21-6249-MPK, 21-6250-MPK, 21-6199, 21-6298-MPK, 21-2403-MBB, 20-6460-MPK, 21-6406-MPK, 20-1515-DLC, 21-6508-MPK, 21-6280-MPK, 21-6281-MPK, 21-6271-MPK, 21-6190-MPK, 21-6191-MPK, 21-6192-MPK, 21-6193-MPK, 21-6194-MPK, 21-6195-MPK, 21-6196-MPK, 21-6196-MPK, 21-6198-MPK, 21-2407-MBB, 21-6521-MPK, 21-6512-MPK, 21-6513-MPK, 21-1037-DLC, 21-6056-MPK, 21-6619-MPK, 21-6299-MPK, 21-6620-MPK, 21-6595-MPK, 21-6520-MPK, 21-6489-MPK, 21-6490-MPK, 21-6531-MPK, 21-6532-MPK, 21-6606-MPK, 21-6590-MPK, 21-6594-MPK, 21-6531-MPK, 21-6264-MPK, 21-6265-MPK, 21-6618-MPK, 21-6654-MPK, 21-6655, 21-6656-MPK, 21-6295-MPK, 21-6296-MPK, 21-6388-MPK, 21-6389-MPK, 21-6587-MPK, 21-6620-MPK, 21-6664-MPK, 21-6266-MPK, 21-6671-MPK, 21-6014-MPK, 21-6015-MPK, 21-6016-MPK, 21-6017-MPK, 21-6018-MPK, 21-6401-MPK, 21-6649-MPK, 21-6650-MPK, 21-6491-MPK, 21-6625-MPK, 21-6626-MPK, 21-6730-MPK, 21-6731-MPK, 21-6588-MPK, 21-6279-MPK, 21-6716-MPK, 21-6625-MPK, 21-6626-MP, 21-6734-MPK, 21-6735-MPK, 21-6736-MPK, 21-6737-MPK, 21-6738-MPK, 21-6739-MPK, 21-6740-MPK, 21-6741-MPK, 21-6742-MPK, 21-6743-MPK, 21-6749-MPK, 21-6754-MPK, 21-6758-MPK, 21-6761-MPK, 21-6762-MPK, 21-6733-MPK